# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:07 CR 005** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SHUNARDO THOMAS** | ) | **ORDER ACCEPTING PLEA** |
| | ) | **AGREEMENT AND JUDGMENT** |
| | ) | |
| **DEFENDANT.** | ) | |

On July 12, 2007, United States Magistrate Judge George J. Limbert issued a Report and Recommendation (Dkt. # 18) regarding the plea hearing of Shunardo Thomas, which was referred to the Magistrate Judge with the consent of the parties.

On January 3, 2007, the Government filed an indictment against Thomas. (Dkt. #3). On July 11, 2007, the Magistrate Judge held a hearing at which the Defendant entered a plea of guilty to counts 1 and 5 of the indictment. In count 1 of the indictment, Thomas was charged with bank fraud, and aiding and abetting in bank fraud, in violation of 18 U.S.C. § 1344 and 2. In count 5 of the indictment, Thomas was changed with wire fraud, in violation of 18 U.S.C. 1343. The Magistrate Judge received the Defendant's guilty plea and issued a Report and Recommendation ("R&R"), recommending that this Court accept the plea and enter a finding of guilty (Dkt. # 18).

Neither party objected to the Magistrate Judge's R&R in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Count 1, in violation of 18 U.S.C. § 664. The sentencing will be held on October 24, 2007 at 10:30 a.m.

**IT IS SO ORDERED.**

**/s Peter C. Economus – October 23, 2007**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**